UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CASE NUMBER: 4:16-mj-01117-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | ORDER |
| DAVID DEHLER | : | |
| DEFENDANT | : | |

THIS MATTER coming on to be heard before the undersigned Judge upon the motion to have the defendant's license returned and the court finds as a fact that on September 22, 2016, thirty (30) days will have passed since the defendant surrendered his license after having been charged with operating a motor vehicle under the influence of alcohol. IT IS, THEREFORE, ORDERED that the defendant's driver's license be mailed to him by the Clerk of the United States District Court, Eastern District Of North Carolina to: 716 Sturbridge Court, Purcellville, VA 20132.

This __15__ day of September, 2016.

_/s/ Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE